**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | | |
|---|---|---|
| BAYCARE HEALTH SYSTEMS, LLC, and BAYCARE CLINIC, LLP, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. |
| v. | ) | |
| UMR, INC., | ) | |
| Defendant. | ) | |

# NOTICE OF REMOVAL

Defendant, UMR, Inc., only for the purpose of removing this action to the United States District Court for the Eastern District of Wisconsin, Green Bay Division, states as follows.

1. **State Court Action.** Plaintiffs, BayCare Health Systems, LLC, and BayCare Clinic, LLP, filed this action in the Circuit Court of Brown County, Wisconsin, and effected service on Defendant September 22, 2026. Plaintiffs assert claims for breach of contract, gross negligence, unjust enrichment, and breach of fiduciary duty under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§1001, et seq.

2. **Federal Question: ERISA.** Plaintiffs have expressly asserted a claim under ERISA. (Complaint at ¶¶ 58-66.) This gives rise to federal question jurisdiction, so this Court has original jurisdiction over this action, under 28 U.S.C. § 1331. *See Aetna Health, Inc. v. Davila*, 542 U.S. 200 (2004); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987); *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987); *NewPage Wisconsin Sys. Inc. v. United Steel, Paper & Forestry, Rubber, Mfg., Energy Allied Indus. & Serv. Workers Int'l Union, AFL-CIO/CLC*, 651 F.3d 775, 778 (7th Cir. 2011) (holding plaintiff's assertion of claim under § 502(a)(3) created federal question jurisdiction).

3. **Venue is Appropriate.** Venue is appropriate in the United States District Court for the Eastern District of Wisconsin, Green Bay Division, under 28 U.S.C. § 1441(a), because this judicial district and division embraces the place where the state court action is pending

4. **Removal is Proper.** This action is removable under 28 U.S.C. § 1331, 28 U.S.C. § 1441, and 29 U.S.C. § 1132, based on federal question jurisdiction. Because Defendant is filing this Notice of Removal within 30 days after receiving service, removal is timely under 28 U.S.C. § 1446(b).

4. **State Court Documents Attached.** Pursuant to the Federal Rules of Civil Procedure, a copy of the state court docket sheet and all documents filed in the state court action, arranged in chronological order, are attached as Exhibit A. These documents constitute the only pleadings, process, or orders filed in the state court or received by Defendant. Further, a List of all Counsel and Parties is attached as Exhibit B.

5. **Notice.** Promptly after filing this Notice of Removal, Defendant shall give notice of filing of the Notice of Removal to all parties of record and shall file with the state court a notice of filing this Notice of Removal, pursuant to 28 U.S.C. § 1446(d).

6. **No Waiver.** By this Notice of Removal, Defendant does not waive and hereby expressly reserves any defenses it may have in this action, including, but not limited to, any defenses that Defendant may assert under Rule 12 of the Federal Rules of Civil Procedure

7. **Prayer.** Wherefore, Defendant prays that the United States District Court for the Eastern District of Wisconsin, Green Bay Division, accept this Notice of Removal, assume jurisdiction of this cause, issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof, and grant such other and further relief as may be necessary.

Date: October 12, 2026

Respectfully submitted,

s/ Alexander R. Hess
Alexander R. Hess
Wisconsin State Bar No. 1091422
alex@lm-law.com
**LINDEMANN MILLER BOWEN LLP**
44 East Mifflin Street, Suite 801
Madison, Wisconsin 53703
(608) 238-6975
(312) 300-4525 (fax)

and

Andrew G. Jubinsky (*pro hac vice to be filed*)
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Lance V. Clack (*pro hac vice to be filed*)
Texas Bar No. 24040694
lance.clack@figdav.com
**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, TX 75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT
UMR, INC.